SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendants, Chua Van Nguyen and Kim Anh Nguyen

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br>Chua Van Nguyen; Kim Anh Nguyen,<br><br>          Defendants. | Case No. **2:12-cv-00784-LKK-KJN**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JUNE 1, 2012 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Chua Van Nguyen and Kim Anh Nguyen, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

2. Defendants are granted an extension until June 1, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than June 1, 2012.

IT IS SO STIPULATED effective as of May 18, 2012.

Dated:  May 18, 2012          /s/ Cris C. Vaughan
                              Cris C. Vaughan,
                              Attorney for Defendants,
                              California Red's Café,
                              Inc.; Dorothy M. Boone
                              and James K. Boone


Dated:  May 18, 2012          /s/ Scott N. Johnson
                              Scott N. Johnson,
                              Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**


Dated:  May 22, 2012.


                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

STIPULATION RE: EXTENSION OF TIME - 2