SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Chua Van Nguyen, et al,<br><br>    Defendants | Case No. **2:12-cv-00784-LKK-KJN**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY ORDERED THAT the status conference, currently scheduled for July 30, 2012, is continued to October 9, 2012 at 11:30 a.m.  The parties shall file their status reports 14 days preceding the status conference.

Date:   July 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT